IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR244 |
| | ) | |
| v. | ) | |
| | ) | |
| DARFUS STEWART JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The Special Conditions of Release, as set by the Judgment entered on January 8, 2004, are modified to include the following:

9. The Defendant shall attend, successfully complete, and pay for any mental heath diagnostic evaluations and treatment or counseling programs, as directed by the probation officer.

10. The Defendant shall attend, successfully complete, and pay for any financial management program to include the utilization of an attorney-in-fact or agent to assist in managing personal finances, as directed by the probation officer.

DATED this 15th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge