**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED   STATES   OF   AMERICA, | ) | CASE NO. 8:03CR244 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DARFUS STEWART, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Court's own motion.

IT IS ORDERED:

1.    The Defendant shall be released from the Douglas County Correctional Center on April 30, 2010, to a member of the Federal Public Defender's Office for this district to begin his public law placement at CH, Inc., in Council Bluffs, Iowa on the same date; and

2.    The Clerk is directed to deliver a copy of this order to the U.S. Marshal's Office for this district.

DATED this 26th day of April, 2010.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge